Anthony ROMAN, Plaintiff–Appellant,

v.

SAM'S CLUB/WALMART; Beverly Grubbs, Personnel Manager; Greg Smith, Store Manager, Defendants–Appellees.

No. 13–1511.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2013.

Decided: Aug. 2, 2013.

Anthony Roman, Appellant Pro Se. Kevin Michael Kraham, Littler Mendelson PC, Washington, D.C., for Appellee Sam's Club.

Before NIEMEYER, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Roman appeals the district court's orders partially dismissing his com-

("Federal Rule of Appellate Procedure 28(a)(9)(A) requires that the argument section of an appellant's opening brief must contain the 'appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies.' Because [appellant] Wahi has failed to comply with the specific dictates of Rule 28(a)(9)(A), we conclude that he has waived his claims....").

plaint and granting summary judgment on the remaining religious discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roman v. Sam's Club/Walmart,* No. 7:10–cv–00524–JCT (W.D.Va. Jan. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*